UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

JUDITH ADELA FERNANDEZ
MARTINEZ, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS
SIMILARLY SITUATED,

      Plaintiffs,

      v.

THG BEAUTY USA LLC,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

No.: 1:25-cv-6668

**NOTICE OF VOLUNTARY DISMISSAL**

   Plaintiff(s), JUDITH ADELA FERNANDEZ MARTINEZ, in accordance with Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action

with prejudice and without fees and costs against Defendant, THG BEAUTY USA LLC.


Dated: New York, New York
   Nov. 14, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge